Leland Eugene Backus, Esq.
Nevada State Bar No. 473
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
gbackus@backuslaw.com

Attorneys for Plaintiff,
*Cincinnati Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, an Ohio corporation<br><br>Plaintiff(s),<br>vs.<br><br>NATIONAL PRINT GROUP, INC., an inactive qualified non-survivor merged Tennessee corporation; ROCK-TENN COMPANY, a Georgia corporation; NATIONAL LAS VEGAS, INC., a merge dissolved Nevada corporation; NATIONAL LAS VEGAS, LLC, a merge dissolved Nevada limited liability company; SN INVESTMENT PROPERTIES, LLC, a Delaware limited liability company; HARSCH INVESTMENT PROPERTIES, LLC, an Oregon limited liability company; and HARSCH INVESTMENT PROPERTIES NEVADA, LLC, an Oregon limited liability company; FIREMAN'S FUND INSURANCE COMPANY, a California corporation;<br><br>Defendant(s). | Case No. 2:14-cv-02174-GMN-VCF<br><br>**AFFIDAVIT OF SERVICE** |

JAMES P. THOMAS, #845, being duly sworn, or under penalty of perjury, states that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceedings in which this Affidavit is made. That Affiant received a copy of the following document(s):

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT, SUBROGATION, INDEMNITY, CONTRIBUTION, AND UNJUST ENRICHMENT

on the 8 day of JANUARY, 2015, and served the same on this 9 day of JANUARY, 2015 at 12:35 PM by:

☒ Serving the above-listed document(s) to: Defendant SN Investment Properties, LLC, a Delaware limited liability company - c/o The Corporation Trust Company of Nevada - Registered Agent by personally delivering and leaving a copy at 311 S. Division Street, Carson City, Nevada 89703 with Linda Robertson - Registered Agent Client Representative (Caucasian, Female, 45 yrs., 5'7", 130 lbs., Blond hair, Brown eyes), a person of suitable age and discretion authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

(Server Signature)
**JAMES P. THOMAS, #845**
**Registered Nevada Process Server**
**Carson City County**
**Service Provided for:**
**Nationwide Legal Nevada, LLC (1656)**
**720 S. 4th Street-Suite 305**
**Las Vegas, Nevada 89101**
**(702) 385-5444**

CONTROL #21054573

---

STATE OF Nevada )
)
~~COUNTY OF~~ Carson City )

SUBSCRIBED AND SWORN to (or affirmed) before me on 15th Day of January 2015

by JAMES P. THOMAS
*(Affiant's Name)*

(Signature of Notarial Officer)

ANNE ZOELLNER
NOTARY PUBLIC
STATE OF NEVADA
No. 09-10362-3 My Appt. Exp. April 30, 2017