RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendants,
*SN Investment Properties, LLC;*
*Harsh Investment Properties, LLC;*
*Harsh Investment Properties Nevada, LLC; and*
*Fireman's Fund Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, an Ohio corporation<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL PRINT GROUP, INC., an inactive qualified non-survivor merged Tennessee corporation; ROCK-TENN COMPANY, a Georgia corporation; NATIONAL LAS VEGAS, INC., a merge dissolved Nevada corporation; NATIONAL LAS VEGAS, LLC, a merge dissolved Nevada limited liability company; SN INVESTMENT PROPERTIES, LLC, a Delaware limited liability company; HARSCH INVESTMENT PROPERTIES, LLC, an Oregon limited liability company; and HARSCH INVESTMENT PROPERTIES NEVADA, LLC, an Oregon limited liability company; FIREMAN'S FUND INSURANCE COMPANY, a California corporation;<br><br>Defendants. | CASE NO.: 2:14-cv-02174-GMN-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

The undersigned counsel of record for Defendants, Fireman's Fund Insurance Company; SN Investment Properties, LLC; Harsch Investment Properties, LLC; and Harsch Investment Properties Nevada, LLC, certifies that there are no other parties, other than those named, that have an interest in the

outcome of this case. These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 26th day of February, 2015.

HALL JAFFE & CLAYTON, LLP

By /s/ *Riley A. Clayton*
RILEY A. CLAYTON
Nevada Bar No. 005260
7425 Peak Drive
Las Vegas, Nevada 89128
Attorney for Defendants,
*SN Investment Properties, LLC;*
*Harsh Investment Properties, LLC;*
*Harsh Investment Properties Nevada, LLC; and*
*Fireman's Fund Insurance Company*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the 26th day of February, 2015, the foregoing **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** was served upon the parties via the Court's e-filing and service program, addressed as follows:

Leland Eugene Backus, Esq.
BACKUS, CARRANZA & BURDEN
3050 S. Durango Drive
Las Vegas, NV 89117
Tel.: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
*Attorney for Plaintiff*

Andrew F. Dixon, Esq.
BOWLER DIXON & TWITCHELL, LLP
3137 E. Warm Springs Road, Suite 100
Las Vegas, NV 89120
Tel.: (702) 436-4333
Fax: (702) 260-8983
andrew@bdtlawyers.com
*Attorney for Defendants,*
*National Print Group, Inc.; Rock-Tenn Company;*
*National Las Vegas, Inc.; National Las Vegas, LLC; and*
*Rock-Tenn Converting Company*

/s/ *Renee Ouellette*
An Employee of
HALL JAFFE & CLAYTON, LLP.