RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorney for Defendants,
*SN Investment Properties, LLC; Harsh Investment Properties, LLC;*
*Harsh Investment Properties Nevada, LLC; and*
*Fireman's Fund Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, an Ohio corporation<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL PRINT GROUP, INC., an inactive qualified non-survivor merged Tennessee corporation; ROCK-TENN COMPANY, a Georgia corporation; NATIONAL LAS VEGAS, INC., a merge dissolved Nevada corporation; NATIONAL LAS VEGAS, LLC, a merge dissolved Nevada limited liability company; SN INVESTMENT PROPERTIES, LLC, a Delaware limited liability company; HARSCH INVESTMENT PROPERTIES, LLC, an Oregon limited liability company; and HARSCH INVESTMENT PROPERTIES NEVADA, LLC, an Oregon limited liability company; FIREMAN'S FUND INSURANCE COMPANY, a California corporation;<br><br>  Defendants. | CASE NO.: 2:14-cv-02174-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS OR, ALTERNATIVELY, STAY CINCINNATI INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Defendants, SN Investment Properties, LLC; Harsh Investment Properties, LLC; Harsh Investment Properties Nevada, LLC; and Fireman's Fund Insurance Company ("Fireman's Fund"), by and through their attorneys of record, Hall Jaffe & Clayton, LLP; Plaintiff, Cincinnati Insurance Company ("Cincinnati"), by and through its attorneys of record, Backus, Carranza & Burden; and

Defendants, National Print Group, Inc.; Rock-Tenn Company; National Las Vegas, Inc.; National Las Vegas, LLC; and Rock-Tenn Converting Company ("National Print"), by and through their attorneys of record, Bowler Dixon & Twitchell, LLP, hereby submit this Stipulation and Order to extend time to file a reply to Cincinnati's opposition [Doc. 25] and National Print's partial opposition [Doc. 26], pursuant to LR 6-1; 6-2; and 7-1.

Fireman's Fund filed its Motion to Dismiss or, Alternatively, Stay Cincinnati Insurance Company's Complaint for Declaratory Judgment on February 25, 2015 [Doc. 16]. Cincinnati's Opposition was filed on March 23, 2015 [Doc. 25] and National Print filed its partial opposition on March 23, 2015 [Doc. 26], pursuant to stipulation of the parties [Docs. 21 and 22]. Fireman's Fund's Reply is due April 2, 2015. The parties are in agreement to allow Fireman's Fund until Monday, April 13, 2015 to file its reply. This is the parties' first request for an extension of the briefing on Fireman's Fund's reply to the pending Motion to Dismiss or, Alternatively, Stay Cincinnati Insurance Company's Complaint for Declaratory Judgment, and is not made for an improper purpose or to unnecessarily delay these proceedings.

| | |
|---|---|
| DATED this 1st day of April, 2015. | DATED this 1st day of April, 2015. |
| HALL JAFFE & CLAYTON, LLP | BACKUS, CARRANZA & BURDEN |
| By  /s/ Riley A. Clayton<br>RILEY A. CLAYTON<br>Nevada Bar No. 005260<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Fireman's Fund et al.* | By  /s/ Leland Eugene Backus<br>LELAND EUGENE BACKUS<br>Nevada Bar No. 000473<br>3050 S. Durango Drive<br>Las Vegas, NV 89117<br>Attorney for Plaintiff |

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/01/2015**

1  DATED this 1st day of April, 2015.

2  BOWLER DIXON & TWITCHELL, LLP

3

4  By  /s/ Andrew F. Dixon
   ANDREW F. DIXON
   Nevada Bar No. 008422
5  3137 E. Warm Springs Road, Suite 100
   Las Vegas, NV 89120
6  *Attorney for National Print et al.*