# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NATIONAL PRINT GROUP, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:14-cv-02174-GMN-VCF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 52) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered July 29, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by August 15, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Defendant Fireman's Fund Insurance Company's Motion to Dismiss (ECF No. 16) be granted and this action be dismissed. Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 52) is **ACCEPTED and ADOPTED in full**. Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED**, and this action is dismissed.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 17 day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court